**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1206**

LAWRENCE LITTLE,

                    Plaintiff – Appellant,

          v.

DONAL ESTES; HERBERT SEGAR; BRANDON CHAMBERS; CEDRICOT
BOOTH,                         Defendants – Appellees,

          and

EASTERN DISTRICT POLICE STATION,

                    Defendant.


Appeal from the United States District Court for the District of
Maryland, at Baltimore.    William D. Quarles, Jr., District
Judge. (1:13-cv-01514-WDQ)


Submitted:  June 18, 2015              Decided:  June 22, 2015


Before SHEDD, DUNCAN, and AGEE, Circuit Judges.


Affirmed by unpublished per curiam opinion.


Lawrence Little, Appellant Pro Se. Chaz Romeo Ball, Michael
Lawrence Marshall, SCHLACHMAN, BELSKY & WEINER, PA, Baltimore,
Maryland; Kara Kiminsky Lynch, BALTIMORE CITY LAW DEPARTMENT,
Baltimore, Maryland, for Appellees.


Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Little appeals the district court's order dismissing his civil complaint as barred by res judicata. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Little v. Estes, No. 1:13-cv-01514-WDQ (D. Md. Feb. 24, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2